# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

August 26, 2015

Mr. Lee Robert Arzt
LEE ROBERT ARZT ATTORNEY AT LAW
6802 Paragon Place
Suite 220
Richmond, VA 23230


No.    15-1807,    Michael's Enterprises v. Branch Bank and Trust Company
3:14-cv-00829-REP, 14-30611-KRH, 14-03134-KRH

Dear Mr. Arzt:

Your docketing statement indicates you have listed yourself as an appellant in this matter. As your notice of appeal did not indicate you were noting an appeal on your behalf; you may file the appropriate motion to amend the caption.

Sincerely,

/s/ T. Fischer
Deputy Clerk

cc: Trevor Brooks Reid