# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 23, 2015

_____

## DOCKET CORRECTION NOTICE
_____

No.   15-1807,       <u>Michael's Enterprises v. Branch Bank and Trust Company</u>
                     3:14-cv-00829-REP,14-30611-KRH, 14-03134-KRH

TO:   Lee Robert Arzt

FILING CORRECTION DUE:  September 29, 2015

Please make the correction identified below and file a corrected document by the date indicated.
_____

 [x] Brief is not text-searchable. Please refile brief as a text-searchable PDF.


T. Fischer, Deputy Clerk
804-916-2704